No. 375. HARRY PALMER *v.* STATE OF INDIANA. Error to the Supreme Court of the State of Indiana. May 2; 1923. Dismissed with costs, per stipulation. *Mr. Henry Adamson* for plaintiff in error. No appearance for defendant in error.

No. 1050. ELIZABETH W. PLATT ET AL. *v.* DAVID R. FRANCIS ET AL. Error to the Circuit Court of the City of St. Louis, State of Missouri. May 3, 1923. Docketed and dismissed with costs, on motion of *Mr. George H. Lamar* for defendants in error.

No. 1114. J. W. RUSSELL *v.* JAMES E. SEARGEANT, TRUSTEE IN BANKRUPTCY, ETC. Error to the Supreme Court of the State of Washington. June 4, 1923. Docketed and dismissed with costs, on motion of *Mr. J. W. Cox* for defendant in error.

No. 835. JOSEPH PHIPPS ET AL. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY. On writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. June 4, 1923. Dismissed, per stipulation. *Mr. John G. Parkinson* for petitioners. *Mr. W. F. Dickinson, Mr. John E. Dolman* and *Mr. M. L. Bell* for respondent.

No. 1091. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* MICHAEL J. HANLON. Error to the Supreme Court of the State of Pennsylvania. June 4, 1923. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Thomas Patterson* for plaintiff in error. No appearance for defendant in error.